## PAIGE v. NORTH CAROLINA.

No. 884, Misc. Decided June 17, 1963.

Petitioner *pro se.*

*Thomas Wade Bruton,* Attorney General of North Carolina, and *Ralph Moody,* Assistant Attorney General, for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for writ of certiorari are granted. The judgment is vacated and the case is remanded for further consideration in light of *Gideon* v. *Wainwright,* 372 U. S. 335.

## ACUFF v. TEXAS.

No. 1348, Misc. Decided June 17, 1963.

Appellant *pro se.*

*Waggoner Carr,* Attorney General of Texas, and *Sam R. Wilson, Linward Shivers, Allo B. Crow, Jr.* and *Gilbert J. Pena,* Assistant Attorneys General, for appellee.

PER CURIAM.

The appeal is dismissed for want of a substantial federal question.